Motion to dismiss appeal submitted March 23, allowed April 13, 1920.

## BAILLIE *v.* COLUMBIA GOLD MINING CO.

(188 Pac. 973.)

**Appeal and Error—Order Directing Receiver to Pay Costs is not Appealable.**

1. An order directing receiver to pay the costs previously adjudged against the defendants in the suit out of funds of defendant company then in the receiver's hands is an interlocutory order which is not appealable, but which can be reviewed, if at all, only after the final determination of the suit.

[As to the right of a receiver to appeal from a judgment respecting receivership, see note in **Ann Cas.** 1915D, 802.]

From Baker: GUSTAV ANDERSON, Judge.

In Banc.

This is an appeal from an order of the court directing the receiver to pay the costs adjudged against the defendant, as indicated in the opinion in the former hearing of this cause, as reported in 86 Or. 1 (166 Pac. 965, 167 Pac. 1167). The mandate in said cause having been duly entered, the Circuit Court made an order directing the receiver theretofore appointed to pay the costs adjudged against defendants, amounting to $413, out of the moneys of defendant company then in his hands and from this order defendant company appeals.

APPEAL DISMISSED.

*Messrs. Smith & Smith, Mr. J. H. Nichols* and *Mr. J. L. Rand,* for the motion.

*Mr. M. D. Clifford* and *Mr. Harris Richardson, contra.*

McBRIDE, C. J.—For the reasons stated in a former appeal, from an order requiring defendant to produce

its books (95 Or. 609, 188 Pac. 418), we hold that the order is not appealable. It is not a final order, which, in effect, determines the suit, but is a mere interlocutory order which must await the final determination of the suit before it can be reviewed here, if appealable at all: *Clay* v. *Clay,* 56 Or. 538 (108 Pac. 119, 109 Pac. 129).

The appeal is dismissed.     DISMISSED.